**LITTLE HORN STATE BANK, Plaintiff,**

v.

**CROW TRIBAL COURT and Dan Old Elk, Sr., Defendants.**

**No. CV 88–155–BLG–JFB.**

United States District Court,
D. Montana,
Billings Division.

Feb. 27, 1989.

ORDER

BATTIN, Chief Judge.

Pursuant to the Stipulation of the parties:

IT IS ORDERED:

1. The judgment and memorandum, 690 F.Supp. 919, entered in this action on July 21, 1988, are vacated.

2. This action is dismissed with prejudice.